JEFFREY L. SUMPTER (SBN 118363)
CBIZ Valuation Group, LLC
jsumpter@cbiz.com
3101 N. Central Ave., Ste. 300
Phoenix, AZ 85012
Telephone No.    (602) 643-0112
Facsimile No.    (602) 265-7631

Financial Advisors and Consultants for Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>NANETTE DENISE MARCHAND,<br><br><br><br><br><br><br><br>Debtor. | Case No. 6:17-bk-20091-MW<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY THE FIRM OF CBIZ VALUATION GROUP, LLC AS FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE**<br><br>(No Hearing Required) |

TO THE DEBTOR, DEBTOR'S COUNSEL, UNITED STATES TRUSTEE, CREDITORS, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that John P. Pringle, the Chapter 7 Trustee (hereinafter the "Trustee" or "Applicant") for the above-captioned estate of the Debtor (hereinafter "Debtor"), will submit to the above-captioned Court an application for an order authorizing the employment of CBIZ Valuation Group, LLC (hereinafter "CBIZ") as financial advisors and consultants for the Trustee, effective as of February 27, 2018 (hereinafter

"Application"). The Trustee requires the services of financial advisors and consultants to render the following services:

    (a)    Identify and investigate potential assets of the estate;

    (b)    Advise the Trustee of any tax consequences derived from the liquidation of estate assets;

    (c)    Analyze the Debtor's books and records and perform any necessary tax and business advisory work required for the estate, including communication with the Court, Office of the United States Trustee and taxing authorities, as well as preparation and filing of state and federal tax returns;

    (d)    Analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers;

    (e)    Provide litigation support, valuation and expert witness services for the Trustee; and

    (f)    Provide such other financial advisory and consulting services as requested by the Trustee.

CBIZ will file and serve application(s) for Court approval of compensation from the estate based upon fees incurred at the firm's hourly rates and actual costs incurred, including actual cost of sub-contractor(s) utilized. No retainer has been paid to CBIZ. The current billing rates for CBIZ professionals are as follows: Managing Directors ($375-$575), Directors ($335-$575), Managers ($210-$355), Senior Consultants ($140-$285), and Paraprofessionals/Staff ($115-$195). To obtain a copy of Trustee's Application for Employment of CBIZ Valuation Group, LLC, please contact Jeffrey L. Sumpter in writing at the address set forth herein.

**PLEASE TAKE FURTHER NOTICE** that any interested party may object to the Application to Employ CBIZ Valuation Group, LLC by filing a written objection and requesting a hearing, in the form required by the Local Bankruptcy Rules 9013 and any

other applicable bankruptcy rules, with the above-entitled Court and by serving a copy of said objection on Jeffrey L. Sumpter at CBIZ Valuation Group, LLC, 3101 N. Central Ave., Ste. 300, Phoenix, AZ 85012, the Chapter 7 Trustee, his attorneys of record, and the United States Trustee, no later than fourteen (14) days from the date of service of this Notice. If you fail to file a written objection within the time specified above, the Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED: March 13, 2018

CBIZ Valuation Group, LLC

By: _____
Jeffrey L. Sumpter
Financial Advisors for Trustee

| In re: Nanette Denise Marchand, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 6:17-bk-20091-MW |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10474 Santa Monica Boulevard, Ste. 200, Los Angeles, CA 90025

A true and correct copy of the foregoing document described:
**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY THE FIRM OF CBIZ VALUATION GROUP, LLC AS FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David M Flader    dmflader@gmail.com, vlopez.lawoffice@gmail.com
- Kyle P Kelley    kkelley@kpklaw.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicatXCe method for each person or entity served):
On ___March 15, 2018___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9013-3.1

| In re: Nanette Denise Marchand, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 6:17-bk-20091-MW |

facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2018 | Linda Lee | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing        Employment Development Dept.          Franchise Tax Board
0973-6                                 Bankruptcy Group MIC 92E              Bankruptcy Section MS: A-340
Case 6:17-bk-20091-MW                  P.O. Box 826880                       P.O. Box 2952
Central District of California         Sacramento, CA 94280-0001             Sacramento, CA 95812-2952
Riverside
Thu Mar 15 07:45:55 PDT 2018

Riverside Division                     AMERICAN EXPRESS                      American Express Skymiles
3420 Twelfth Street,                   PO Box 981537                         POB 650448
Riverside, CA 92501-3819               El Paso, TX 79998-1537                Dallas, TX 75265-0448


Assil Eye Institute                    Bloomingdale's                        Cedars - Sinai
450 N. Roxbury Dr, Suite 300           POB 78008                             POB 48954
Beverly Hills, CA 90210-4238           Phoenix, AZ 85062-8008                Beverly Hills, CA 90211


Cedars - Sinai Medical Center          Citicard                              General Anesthesia Spec Partnership
File 1108  1801 W. Olympic             POB 9001037                           POB 515108
Pasadena, CA 91199-0001                Louisville, KY 40290-1037             Los Angeles, CA 90051-5108


Gish Seiden LLP                        Honorable James A Steele              IRS
21800 Oxnard Street, Ste 300           c/o Benchmark Resolution Grp, LLC     POB 7346
Woodland Hills, CA 91367-7908          633 W Fifth St, Ste 1000              Philadelphia, PA 19101-7346
                                       Los Angeles, CA 90071-3509


Macy's                                 Managed Healthcare- Blue Cross        Nordstrom
POB 78008                              980 9th Str, Ste 500                  POB 791-37
Phoenix, AZ 85062-8008                 Sacramento, CA 95814-2724             Phoenix, AZ 85062-9137


Patient Financial Services             Robert Banhart                        Robert J Carlson, LLP
POB 512480                             c/o Kyle P. Kelley, Esq               16133 Ventura Blvd, Ste 1175
Los Angeles, CA 90099-0001             51 Rainey St, Ste 801                 Encino, CA 91436-2416
                                       Austin, TX 78701-4417


Rose & Co Studio llc                   SEQUOIA FINANCIAL SVCS                (p)TOYOTA MOTOR CREDIT CORPORATION
c/o Chetna Nanjappa                    28632 ROADSIDE DRIVE SUITE 110        PO BOX 8026
1525 Angelus Ave                       Agoura Hills, CA 91301-6074           CEDAR RAPIDS IA 52408-8026
Los Angeles, CA 90026-1410


Toyota Financial Services              United States Trustee (RS)            Wells Fargo Card Services
POB 4102                               3801 University Avenue, Suite 720     POB 51193
Carol Stream, IL 60197-4102            Riverside, CA 92501-3255              Los Angeles, CA 90051-5493


David M Flader                         John P Pringle (TR)                   Nanette Denise Marchand
Flader & Hirji LLP                     Roquemore, Pringle & Moore, Inc.      47201 El Agadir Circle
21700 Copley Dr                        6055 East Washington Blvd., Suite 500 Palm Desert, CA 92260-5806
Ste 280                                Los Angeles, CA 90040-2466
Diamond Bar, CA 91765-5489
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TOYOTA FINANCIAL SERVICES
POB 5855
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Employment Development Department          End of Label Matrix
Bankruptcy Group MIC 92E                      Mailable recipients    29
POB 826880                                    Bypassed recipients     1
Sacramento, CA 94280-0001                     Total                  30